1  S. Peter Serrano, WSBA #54769           HONORABLE REBECCA L. PENNELL
2  Karen L. Osborne, WSBA # 51433
3  Silent Majority Foundation
4  5238 Outlet Dr.
5  Pasco, WA 99301
6

7

8

9                  UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF WASHINGTON

11

12  RENATA S. MOON, an individual,          No.: 2:24-cv-00327-RLP
13
14                      Plaintiff,          **JOINT STATUS**
15        v.                                **REPORT**
16
17  WASHINGTON STATE UNIVERSITY, et
18  al.,
19
20                      Defendants.
21

22                    I.  **INTRODUCTION**

23        Pursuant to the Court's Order Setting Scheduling Hearing, dated March 28,

24  2025 (ECF 26) the Parties met and conferred on April 16, 2025, to discuss a Joint

25  Status Report for the Matter.  The ensuing Report memorializes the Parties'

26  agreement and understanding of the case and ensuing matters and provides separate

27  sections where the parties disagree on controlling matters. Plaintiffs were

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

1  represented by S. Peter Serrano and Karen L. Osborne; Defendants were represented

2  by Paul Lawrence and Luther Reed-Caulkins.

3      The following summarizes the topics the parties discussed, and agreements

4  reached during the April 16, 2025, discussion. The parties request that the Court

5  issue a scheduling order setting the deadlines proposed by the parties below, or, if

6  the Court deems it necessary, set a scheduling conference.

7  **1. Consent to U.S Magistrate.**

8      The Parties do **not** consent to a Magistrate; Plaintiffs emailed the declination

9  form to the Court on April 29, 2025, to the following address:

10  consentforms@waed.uscourts.gov.

11  **2. Jurisdiction and Venue.**

12      Jurisdiction and venue exist under 28 U.S.C. §§ 1331 and 1343.

13  **3. Whether Service has been Completed.**

14      Service has been completed.

15  **4. Plaintiff's Description of the Claims.**

16      Plaintiff alleges wrongful termination for violation of her First Amendment

17  rights of Freedom of Speech, Right to Petition and Assembly and violation of her

18  right to Equal Protection and Due Process of law. Plaintiff asserts violation of her

19  Washington State protected right to Free Speech under Article I, Section V of the

20  Washington State Constitution. Plaintiff asserts Defamation associated with the

Joint Status Report - 2
*Moon v WSU*, 2:24-cv-00327

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

1  allegations that Plaintiff spread "misinformation and disinformation about

2  the COVID-19 mRNA vaccinations."

3  **5. Defendants' Description of Defenses.**

4  Defendants describe their defenses as follows:

5  - As to Plaintiff's First Amendment claims, Defendants are not liable

6    because, inter alia, (1) Defendants did not take any employment action

7    with respect to Plaintiff on the basis of her First Amendment protected

8    expression, (2) any employment actions Defendants took with respect

9    to Plaintiff would have occurred notwithstanding any expressive

10   activity in which she engaged, (3) any employment actions Defendants

11   took with respect to Plaintiff were justified by a government interest

12   that outweighed Plaintiff's interest in the expression at issue; and (4)

13   Plaintiff's speech within the scope of her government employment is

14   not protected by the First Amendment.

15  - As to Plaintiff's equal protection claim, Defendants are not liable

16    because, inter alia, (1) Plaintiff's claim fails for the same reasons as her

17    First Amendment claims, (2) Plaintiff was not treated differently due to

18    her membership in a suspect or quasi-suspect class, and (3) as to those

19    Defendants who took employment action with respect to Plaintiff, those

20    Defendants had a rational basis for doing so.

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

- As to Plaintiffs' due process vagueness and defamation claims, Defendants are not liable because, inter alia, (1) Plaintiff was not subject to adverse employment action pursuant to any allegedly vague policies, (2) WSU's policies were not unconstitutionally vague, (3) Plaintiff lacked a due process property or liberty interest in the renewal of her employment contract, and (4) Defendants did not defame Plaintiff.

- As to Plaintiff's state constitutional claims, Defendants are not liable, inter alia, (1) for the same reasons her First Amendment claims fail and (2) because the Washington Constitution does not create a private cause of action for damages.

- In addition, Plaintiff's claims are barred in whole or in part by qualified immunity and fail as to any individual Defendants who did not personally participate in the conduct on which Plaintiff's claims are predicated.

**6. Whether a statute's constitutionality is being challenged.**

No such challenge is raised.

**7. Whether the matter may be pursued as a Class Action.**

No Class Action allegations are raised.

**8. Whether any issues should be certified to a state supreme court.**

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

1    The Parties believe that no issues should be certified to a state supreme court.

2    **9. Suggested deadline for amending the pleadings.**

3    See Proposed Schedule, below in Section 19.

4    **10. Suggested deadline for adding parties.**

5    See Proposed Schedule, below in Section 19.

6    **11. Whether the case involves a minor or incompetent party.**

7    No such claims exist.

8    **12. Discovery.**

9    A-H: All discovery scheduling information is provided in the Proposed

10    Schedule, below in Section 19.

11    **13. Proposed Protective Orders/Confidentiality Matters.**

12    No such claims exist.

13    **14. Anticipated motions and suggested dispositive motion filing deadline.**

14    See Proposed Schedule, below in Section 19.

15    **15. Trial Matters.**

16    A. A Jury Trial has been requested.

17    B. The Parties agree that, if possible, the trial commence on June 1, 2026.

18    C. The Parties agree that trial duration should be scheduled for eight (8)

19    days.

20    D. The Parties do not request bifurcation of any matters at this time.

Joint Status Report  - 5
*Moon v WSU*, 2:24-cv-00327

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

E.  The Parties do not have specific technological requests at this time. The Parties agree to apprise the court of such needs as soon as they are known to the requesting Party, but no less than 14 calendar days prior to commencement of trial.

**16. Mediation.**

A.  The Parties suggest referral to a magistrate to occur no sooner than 30 days after the Court issues an Order on dispositive motions.

B.  The Parties have not made efforts to settle matter to date.

C.  The Parties foresee no barriers to productive mediation at this time.

**17. Other Matters**

The Parties have no other matters, including limitations on issues at this time.

**18. Trial Counsel Contact Information**

For Plaintiffs:

Simon Peter Serrano, WSBA# 54769
Karen L. Osborne, WSBA# 51433
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@smfjb.org
karen@smfjb.org

///

///

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

For Defendants:

Paul Lawrence, WSBA # 13557
Zachary J. Pekelis, WSBA # 44557
Meha Goyal, WSBA # 56058
Luther Reed-Caulkins, WSBA # 62513
PACIFICA LAW GROUP LLP
401 Union St., Suite 1600
Seattle, WA 98101
206-245-1700
Paul.Lawrence@pacificalawgroup.com
Zach.Pekelis@pacificalawgroup.com
Meha.Goyal@pacificalawgroup.com
Luther.Reed-Caulkins@pacificalawgroup.com

**19. Proposed Schedule**

Consistent with the Court's Order Setting Scheduling Hearing (ECF 26), the

Parties offer the following proposed schedule.

| EVENT | PLAINTIFFS' PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE |
|---|---|---|
| Expert Disclosures | October 14, 2025 | October 14, 2025 |
| Rebuttal Expert Disclosures | November 13, 2025 | November 13, 2025 |
| Motion to Amend | November 3, 2025 | November 3, 2025 |
| Motion to Add Parties | November 3, 2025 | November 3, 2025 |
| Daubert Motions | November 21, 2025 | January 12, 2026 |
| Discovery Cutoff | January 12, 2026 | January 30, 2026 |
| Dispositive Motions | January 20, 2026 | February 13, 2026 |
| Hearing on Deposition Designations | April 20, 2026 | April 20, 2026 |
| Cross Designations | May 4, 2026 | May 4, 2026 |
| Objection to Designations | May 11, 2026 | May 11, 2026 |
| Exhibit/ Witness List | April 27, 2026 | April 27, 2026 |

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

| EVENT | PLAINTIFFS' PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE |
|---|---|---|
| Objections to Exhibit/ Witness | May 4, 2026 | May 4, 2026 |
| Response to Exhibit/ Witness Objections | May 11, 2026 | May 11, 2026 |
| Motion in Limine | April 20, 2026 | April 20, 2026 |
| Response to Motion in Limine | | April 26, 2026 |
| Reply to Motion in Limine | May 4, 2026 | May 4, 2026 |
| Pre Trial Order | May 11, 2026 | May 11, 2026 |
| Trial Briefs/ Voir Dire | May 7, 2026 | May 7, 2026 |
| Jury Instructions | May 7, 2026 | May 7, 2026 |
| Objections to Jury Instructions | May 7, 2026 | May 7, 2026 |
| Pretrial Conference/ Motion in Limine Hearing | May 18, 2026 | May 18, 2026 |
| **Trial** | **June 1 – 8, 2026** | |

STIPULATED TO, DATED AND RESPECTFULLY SUBMITTED this 29th

day of April 2025.


BY: */s/Simon Peter Serrano*
Simon Peter Serrano, WSBA # 54769
Karen L. Osborne, WSBA # 51433
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
(509) 567-7083
pete@smfjb.org
karen@smfjb.org

Joint Status Report  - 8
*Moon v WSU*, 2:24-cv-00327

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

1    *Attorney for Plaintiffs*

2

3

4

5    BY: /s/ Paul J. Lawrence

6    Paul J. Lawrence, WSBA # 13557

7    Zachary J. Pekelis, WSBA # 44557

8    Meha Goyal, WSBA # 56058

9    Luther Reed-Caulkins, WSBA # 62513

10   PACIFICA LAW GROUP LLP

11   1191 2nd Avenue, Suite 2000

12   Seattle, WA 98101

13   206-245-1700

14   Zach.Pekelis@pacificalawgroup.com

15   Zach.Pekelis@pacificalawgroup.com

16   Meha.Goyal@pacificalawgroup.com

17   Luther.Reed-Caulkins@pacificalawgroup.com

18

19   *Attorneys for Defendants*

20

Joint Status Report  - 9
*Moon v WSU*, 2:24-cv-00327

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301

1
2

**CERTIFICATE OF SERVICE**

3      I hereby certify that on April 29, 2025, I electronically filed the foregoing

4   document with the Clerk of the United States District Court using the CM/ECF

5   system which will send notification of such filing to all parties who are registered

6   with the CM/ECF system.

7      DATED this 29th day of April 2025.

8
9
10                 */s/ S. Peter Serrano*
11                 S. Peter Serrano
12
13
14
15

Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301