1  Paul J. Lawrence, WSBA #13557
2  Zachary J. Pekelis, WSBA #44557
   Meha Goyal, WSBA #56058
3  Luther Reed-Caulkins, WSBA #62513
   PACIFICA LAW GROUP LLP
4  401 Union Street, Suite 1600
   Seattle, WA 98101-2668
5  *Attorneys for Defendants*

6
7
8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
9

10 | RENATA S. MOON, an individual, | No. 2:24-cv-00327-RLP
11 |                                 |
12 |           Plaintiff,            | ORDER GRANTING
   |                                 | DEFENDANTS' MOTION FOR
13 |    v.                           | PARTIAL JUDGMENT ON THE
   |                                 | PLEADINGS
14 | WASHINGTON STATE                |
   | UNIVERSITY, et al.,             |
15 |                                 | [PROPOSED]
16 |           Defendants.           |

17                    **ORDER**

18    This matter came before the Court on Defendants' Motion for Partial

19 Judgment on the Pleadings pursuant to Federal Rule of Civil Procure 12(c). The

20 Court has reviewed the foregoing Motion, Plaintiff's Response to the Motion (if

21 any), Defendants' Reply (if any), and the records and pleadings already on file.

22
23
ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL JUDGMENT ON
THE PLEADINGS - 1
No. 2:24-cv-00327-RLP

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

Based on the foregoing, Defendants' Motion is hereby GRANTED; and Claims 1–8 (alleging violations of 42 U.S.C. § 1983) and Claim 9 (alleging violations of Article I, Section 5 of the Washington Constitution) are DISMISSED WITH PREJUDICE to the extent they seek to impose liability on Defendants for allegedly removing Plaintiff from teaching or requiring her to complete remediation activities.

It is SO ORDERED.

ISSUED this _____ day of _____ 2025.

_____
THE HONORABLE REBECCA L. PENNELL

Presented by:

PACIFICA LAW GROUP LLP

By: /s/ Zachary J. Pekelis
Paul J. Lawrence, WSBA #13557
Zachary J. Pekelis, WSBA #44557
Meha Goyal, WSBA #56058
Luther Reed-Caulkins, WSBA #62513
Special Assistant Attorneys General
*Attorneys for Defendants*

ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL JUDGMENT ON
THE PLEADINGS - 2
No. 2:24-cv-00327-RLP

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500