FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENATA S. MOON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE UNIVERSITY, et al., <br><br> Defendants. | No. 2:24-CV-0327-RLP <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES ON MOTION FOR JUDGMENT ON THE PLEADINGS |

Upon consideration of the Parties' stipulated motion for extension of time ("Motion") to respond and reply to Defendants' Motion for Judgment on the Pleadings (ECF No. 31) it is hereby:

ORDERED that the Stipulated Motion to Extend Deadlines on Motion for Judgment on the Pleadings, ECF No. 32, is granted; and

ORDERED that Plaintiff's response brief in opposition to Defendants' Motion to Dismiss is due by July 24, 2025; and

ORDERED that Defendants' reply brief shall be due by August 18, 2025; and it is further

ORDERED that the hearing date of August 12, 2025, on Defendants'

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES ON MOTION FOR
JUDGMENT ON THE PLEADINGS- 1
No. 2:24-CV-0327-RLP

1 | Motion for Judgment on the Pleadings (ECF No. 31) is STRICKEN and reset to
2 | August 18, 2025, without oral argument.
3 |     The District Court Executive is directed to enter this Order and forward
4 | copies to the parties.
5 |     DATED July 1, 2025.

_____
Rebecca L. Pennell
United States District Judge