Marshall W. Casey, WSBA 42552    HONORABLE REBECCA L PENNELL

M Casey Law, PLLC
827 W 1ST Ave Ste 301
Spokane, WA 99201
Tel: (509) 362-2995
marshall@mcaseylawfirm.com

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

RENATA S. MOON, an individual,

        Plaintiff,

        v.

WASHINGTON STATE
UNIVERSITY, et al.,

        Defendants.

Cause No. 2:24-cv-00327-RLP

[PROPOSED] PROTECTIVE ORDER

Oral Argument Hearing:

March 18, 2026 at 9:00am via video conference

    The Court having heard the Protective Order Motion of Dr. Moon, finds good cause to issue a Fed. R. Civ. P 26(c) protective order.  It hereby orders, the Defendants shall not do any discovery into Dr. Moon's vaccine status and her private communications concerning vaccinations, COVID-19, gender identity, LGBTQ+ issues, diversity, equity, and race or ethnicity.  These shall not be sought in interrogatories, requests for production, or depositions.

    The Court further orders the Interrogatories 8, 11, and 13, as well as

[PROPOSED] PROTECTIVE ORDER

M Casey Law
827 W 1ST Ave Ste 301
Spokane, WA 99201
(509) 362-2995

Page 1

Requests for Production 7, 8, 9, and 10 are quashed and not allowed.

Entered this ___ day of _____, 2026.

_____
Honorable Judge Rebecca Pennell

Presented by:

M Casey Law, PLLC

_s/Marshall Casey_____
Marshall W. Casey, WSBA 42552
Attorney for Plaintiffs
827 W 1ST Ave Ste 301
Spokane, WA 99201
(509) 362-2995

[PROPOSED] PROTECTIVE ORDER

Page 2

M Casey Law
827 W 1ST Ave Ste 301
Spokane, WA 99201
(509) 362-2995

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury that on 16th day of February, 2026, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| **Defendant State Farm**<br>Paul J Lawrence<br>Zachary Pekelis<br><br>PACIFICA LAW GROUP LLP<br>401 Union St., Suite 1600<br>Seattle, WA 98101 | _____PERSONAL SERVICE<br>_____U.S. MAIL-Postage Pre-Paid<br>_____HAND DELIVERED<br>_____OVERNIGHT MAIL<br>___    EMAIL<br>__X___  ECF Filing |
| --- | --- |

_s/Marshall Casey_
Marshall Casey
M Casey Law, PLLC

[PROPOSED] PROTECTIVE ORDER

Page 3

M Casey Law
827 W 1ST Ave Ste 301
Spokane, WA 99201
(509) 362-2995